# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB ANDREW BERGERON,<br><br>Petitioner,<br><br>v.<br><br>J. C. HACKER, et al.,<br><br>Respondents. | Case No. LA CV 20-06478 VBF (RAO)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

Date: September 30, 2020

*Valerie Baker Fairbank*

Honorable VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE